**Abatement Order filed November 4, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00462-CV
_____

### QUINCY WHITE, Appellant

### V.

### BRITTIANY LAKES HOMEOWNERS' ASSOCIATION, INC., Appellee

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 19-CV-2149**

## ABATEMENT ORDER

This is an appeal from a default judgment signed on April 7, 2020. Appellant timely filed a motion for new trial after the judgment. On June 16, 2020, the trial court signed an order conditionally granting appellant's motion for new trial, contingent on appellant paying appellee $1,400 in attorneys' fees within ten days of the order. It appears undisputed that appellant did not pay those fees, but that fact is not shown in the record. Ten days after the trial court signed the order conditionally granting the motion for new trial, appellant filed his notice of appeal

of the April 7 default judgment and of the June 16 order conditionally granting a new trial.

There exists a question whether the judgment appealed is interlocutory. Accordingly, we order the case abated and remand it to the trial court for a period of thirty days so the trial court can sign an order stating whether the condition for payment of fees in the June 16, 2020 order was met, and if not met, ruling on the motion for new trial.

A supplemental clerk's record containing the trial court's clarifying order shall be filed with the clerk of this court on or before **December 6, 2021**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.